# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENZO ANGELO BRIONES,<br>aka ANGIE BRIONES,<br><br>    Plaintiff,<br><br>    v.<br><br>KELLY HARRINGTON, et al.,<br><br>    Defendants. | Case No. 1:15-cv-01898 DLB PC<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR NAME CHANGE AND TO ADD EXHIBIT "A" TO COMPLAINT<br><br>[ECF No. 6] |

    Plaintiff Lorenzo Angelo Briones, aka Angie Briones CDCR #AY-1396, is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.

    Plaintiff is a male to female transgender inmate. On January 8, 2016, Plaintiff filed a motion requesting that the Court allow her to use her name Angie Briones instead of Lorenzo Briones in this case. Plaintiff is advised that the Court must use Plaintiff's legal name in court documents. Unless Plaintiff submits proof of a legal name change, the Court must continue to use Plaintiff's legal name of Lorenzo Briones. However, in deference to Plaintiff's expressed gender identity, the Court will refer to Plaintiff using the feminine pronoun and will include her name Angie Briones as an alternate name.

    With respect to Plaintiff's motion to add Exhibit "A" to the complaint, Plaintiff did not submit Exhibit "A" with his motion so it is unknown what Plaintiff seeks to add. Plaintiff is

1

1  referred to Fed. R. Civ. P. 15(a) concerning amendments and 15(d) concerning supplements to
2  the complaint.
3      Accordingly, Plaintiff's motion to change her name on all documents, and to add Exhibit
4  "A" to the complaint is DENIED.

IT IS SO ORDERED.

   Dated:   **January 29, 2016**            /s/ Dennis L. Beck
                                       UNITED STATES MAGISTRATE JUDGE