# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENZO ANGELO BRIONES, Aka ANGIE BRIONES, | Case No. 1:15-cv-01898 DLB PC |
| Plaintiff, | ORDER DISMISSING ACTION WITH PREJUDICE FOR FAILURE TO STATE A CLAIM |
| v. | |
| KELLY HARRINGTON, et al., | |
| Defendants. | |

Plaintiff Lorenzo Angelo Briones, aka Angie Briones, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on December 21, 2015. She consented to the jurisdiction of the Magistrate Judge on December 31, 2015. Plaintiff names as defendants: Kelly Harrington, Diane Toche, A. Klang, Dr. Ramos, Wasco State Prison medical staff, and Warden Katavich.

On January 29, 2016, the Court screened and dismissed the complaint for failure to state a claim. Plaintiff was directed to file an amended complaint within thirty days of the date of service of the order. Over thirty days have passed and Plaintiff has failed to file an amended complaint or otherwise communicate with the Court. Plaintiff was forewarned that failure to file an amended complaint would result in dismissal of the action, with prejudice, for failure to state a claim.

///

///

**ORDER**

Accordingly, IT IS HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE for failure to state a claim. This constitutes a strike for purposes of 28 U.S.C. § 1915(g).

<u>This terminates the action in its entirety</u>.

IT IS SO ORDERED.

Dated:   **March 5, 2016**                    /s/ *Dennis L. Beck*
                                                                    UNITED STATES MAGISTRATE JUDGE